## WHEATON v. CALIFORNIA.

No. 46. Decided March 13, 1967.

*Byron J. Walters* for petitioner.

*Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *C. Anthony Collins,* Deputy Attorney General, for respondent.

PER CURIAM.

The petition for a writ of certiorari is granted. The judgment is vacated and the case remanded for further consideration in the light of *Chapman v. California, ante,* p. 18.

MR. JUSTICE STEWART would grant certiorari and reverse the judgment for the reasons stated in his opinion concurring in the result in *Chapman v. California, ante,* at 42.